**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

DABNEY VANCE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**NOTICE OF REMOVAL FROM STATE COURT**

---

Defendant United States of America, through undersigned counsel, hereby gives notice of the removal of the interpleader claim or claims asserted by Plaintiff Dabney Vance against the U.S. Department of Veterans Affairs in an action pending in El Paso County District Court for the State of Colorado (*Vance v. Front Range Emergency Specialists, et al.*, No. 2019-CV-30737), pursuant to 28 U.S.C. §§ 1441(a), 1444, 1446(a), and 2410. The grounds for removal are as follows:

1. On or about March 26, 2019, Plaintiff filed her Complaint and Summons in the El Paso County District Court for the State of Colorado in *Vance v. Front Range Emergency Specialists, et al.*, No. 2019-CV-30737 (the "State Interpleader Suit"). *See* Exhibit 1 (Interpleader Suit Pleadings), p. 5.

2. Plaintiff's State Interpleader Suit is an interpleader action naming as defendants various medical providers who, as Plaintiff alleges, may have liens or amounts owed to them by Plaintiff in connection to medical care provided to Plaintiff as a result of an automobile accident that occurred on January 4, 2016. Plaintiff's State

Interpleader Suit relates to her separate personal injury lawsuit in which, she alleges, she reached a settlement of $55,000. *Id.*, p. 4 (paragraph 13 of complaint)

3. In her State Interpleader Suit, Plaintiff named the United States Department of Veteran Affairs as a defendant, and further alleges that the Department of Veteran Affairs has a balance due and may be owed by Plaintiff as follows: $11,357.00 for in-house medical care, along with $5,138.10 for care paid for by the United States through the Veterans Choice Program.

4. On June 20, 2019, Plaintiff served the United States Attorney's Office for the District of Colorado, with the Complaint, Summons, and Notice of Case Management Conference as filed in the State Interpleader Suit, which are attached as Exhibit 1.

5. Under 28 U.S.C. § 2810, a party may bring an interpleader action against the United States in any State court having subject-matter jurisdiction over the action. 28 U.S.C. § 2810(a). Further, the United States may appear and answer, plead or demur within sixty days after service. *Id.* at § 2810(b).

6. Accordingly, the United States' deadline to respond to the State Interpleader Suit is sixty days from June 20, 2019, the date that it was served in that action, which is August 19, 2019.

7. Under 28 U.S.C. § 2810(a), an interpleader suit filed against the United States is subject to the conditions of 28 U.S.C. § 1444, *see* 28 U.S.C. § 2810(a), and therefore, may be removed to the United States District Court for the district in which the state action is pending, 28 U.S.C. § 1444, and according to the procedures set forth in 28 U.S.C. § 1446. *See also* D.C.COLO.LCivR 81.1.

8. Accordingly, the United States files this notice of removal of the State Interpleader Suit for the purpose of adjudicating plaintiff's interpleader claims against the United States and its relevant agency, the Department of Veteran Affairs. The United States agrees with Plaintiff's allegations that the United States has a lien or other subrogation right for reimbursement of medical expenses for care provided to Plaintiff and that was the subject of Plaintiff's settlement in the underlying car accident suit. However, the United States does not agree at this time as to the amount of its lien or subrogation interests and reserves its right to assert another, appropriate amount to be determined in this case.

9. Copies of all pleadings and orders that have been served on the United States Attorney's Office are attached to this Notice of Removal in compliance with 28 U.S.C. § 1446(a). *See* Exhibit 1.

10. Pursuant to D.C.COLLO.LCivR 81.1, Defendant will promptly file with this Court any other pleadings, motions and papers from the state court file once it receives a copy of those documents.

11. Pursuant to D.C.COLLO.LCivR 81.1, Defendant will promptly notify the District Court of El Paso County, Colorado that it has filed this notice of removal.

WHEREFORE, notice is given that the claims asserted against the United States and its agencies in the above-captioned action now pending in the District Court of El Paso County, Colorado, Case No. 2019-CV-30737, has been removed to this Honorable Court.

DATED: August 19, 2019

                                                          JASON R. DUNN  
                                                          United States Attorney

                                                          *s/ Jacob Licht-Steenfat*  
                                                          Jacob Licht-Steenfat  
                                                          Assistant United States Attorney  
                                                          1801 California Street, 16th Floor  
                                                          Denver, Colorado  80202  
                                                          Telephone: (303) 454-0100  
                                                          jacob.licht-steenfat@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on August 19, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kimberly A. Everette, Esq.
    VIGIL & ALFORD, PLLC
    100 E. St. Vrain Street, Ste. 200
    Colorado Springs, CO 80903
    Phone: (719) 632-4333
    Fax: (719) 473-1180
    E-Mail: kalford@vandalaw.com
    Counsel for Plaintiff

and I hereby certify that on August 19, 2019, I mailed or served the document or paper to the following non-CM/ECF participants in the manner (email, hand- delivery, etc.) indicated by the nonparticipant's name:

    Atlas Integration, Inc.
    Attn: Eric Carlson as Registered
    Agent 705 Black Arrow Dr.
    Colorado Springs, CO 80922
    *Via USPS Mail*

    Randal L. Manning, Esq.
    RM Law, LLC
    9085 E. Mineral Cir., Ste. 280
    Centennial, CO 80112
    *Attorney for Marrick Medical Finance, LLC*

                                  *s/ Robin Allison*
                                  United States Attorney's Office